■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD KEARSE, Also Known as SHAWN KEARSE, Appellant. [680 NYS2d 168] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J.), rendered April 15, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Contrary to the defendant's contention, in making its *Sandoval* ruling, the trial court properly weighed the competing considerations and determined that the probative value of cross-examination concerning the prior crimes on the issue of the defendant's tendency to place his self-interest above that of society outweighed any prejudice (*see, People v Bristow,* 234 AD2d 378; *see also, People v Pavao,* 59 NY2d 282, 292).

The defendant was not denied the effective assistance of counsel (*see, People v Cuesta,* 177 AD2d 639).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those

raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Copertino, J. P., Sullivan, Pizzuto and Goldstein, JJ., concur.